# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131246

SHARONDA MADKINS,
      Plaintiff-Appellant,

v

JOHN TIMOTHY LYNEM and SHERRY
LYNEM,
      Defendants-Appellees,

and

ALLSTATE INSURANCE COMPANY,
      Defendant.
_____/

SC: 131246
COA: 258533
Wayne CC: 03-331624-NI

On order of the Court, the application for leave to appeal the April 11, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

_____
Clerk

d1122